**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles, LA  70602-1641

Larry Joseph McKithern
Louisiana State Prison DOC 120352
Camp D, Eagle 3
Angola, LA  70712

**REHEARING ACTION: June 22, 2016**

**Docket Number: 15   00931-KA**

**STATE OF LOUISIANA**
**VERSUS**
**LARRY JOSEPH MCKITHERN**
**AKA - LARRY MCKITHERN**
**AKA - LARRY J. MCKITHERN**

**Appealed from Calcasieu Parish Case No. 3678-11**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Jimmie C. Peters**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry Joseph McKithern** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for the Appellee
Carla Sue Sigler, Counsel for the Appellee
Karen C. McLellan, Counsel for the Appellee